IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:16-CV-62943-WJZ

ASHLEY M. EISENBAND, individually
and on behalf of all others similarly situated,   **CLASS ACTION**

    Plaintiff,   **JURY TRIAL DEMANDED**

vs.

EVERALBUM, INC., a foreign corporation,

    Defendant.
_____/

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

    The undersigned counsel hereby discloses the following:

1) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in this case:

   - Ashley M. Eisenband (Plaintiff)
   - Manuel S. Hiraldo, Esq. (Counsel for Plaintiff)
   - Hiraldo P.A. (Counsel for Plaintiff)
   - Albert D. Gibson, Esq. (Counsel for Plaintiff)
   - The Gibson Law Firm, P.A. (Counsel for Plaintiff)
   - Christina Guerola Sarchio, Esq. (Counsel for Defendant)
   - Gregory Beaman, Esq. (Counsel for Defendant)
   - Orrick LLP (Counsel for Defendant)

2) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   - None known at this time.

3) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

- None known at this time.

4) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    - Ashley M. Eisenband, Plaintiff

    - Unnamed Class Members

Dated: January 23, 2017

    Respectfully submitted,

**HIRALDO P.A.**
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301


*/s/ Manuel S. Hiraldo*
Manuel S. Hiraldo
Florida Bar No. 030380
Email: mhiraldo@hiraldolaw.com
Telephone: 954.400.4713
*Counsel for Plaintiff*

and

**THE GIBSON LAW FIRM, P.A.**
Albert D. Gibson, Esq.
Florida Bar No. 50765
9858 Clint Moore Rd., C111, #293
Boca Raton, Florida 33496
Email: adg@gibsonlawfirmpa.com
Telephone: 561.501.7858
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CETIFY that on January 23, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Manuel S. Hiraldo*
Florida Bar No. 030380
Email: mhiraldo@hiraldolaw.com
Telephone: 954.400.4713
*Counsel for Plaintiff and the Class*