UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-62943-CIV-ZLOCH

ASHLEY M. EISENBAND,

      Plaintiff,                  **FINAL ORDER OF DISMISSAL**

vs.

EVERALBUM, INC.,

      Defendant.
_____/

    THIS MATTER is before the Court upon Plaintiff's Notice Of Dismissal With Prejudice (DE 13). The Court has carefully reviewed said Notice, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Plaintiff's Notice Of Dismissal With Prejudice (DE 13) be and the same is hereby approved, adopted, and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

    3. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____9th____ day of February, 2017.



                          WILLIAM J. ZLOCH
                          United States District Judge

Copies furnished:

All Counsel and Parties of Record